IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLAN H. PIOQUINTO, an individual, | NO. 3:18-cv-00411-JR (Lead Case) |
| Plaintiff, | NO. 3:18-cv-00412-JR (Trailing Case) |
| v. | ORDER |
| M/V LOWLANDS SCHELDT, an ocean-going cargo vessel and her appurtenances, *in rem*, and THE PORT OF PORTLAND, a municipal corporation, *in personam,* | |
| Defendants. | |
| THE PORT OF PORTLAND, a municipal corporation, *in personam,* | |
| Third-Party Plaintiff, | |
| v. | |
| KINDER MORGAN OPERATING L.P. "C", a foreign limited partnership, *in personam*, and KINDER MORGAN BULK TERMINALS, INC., a foreign corporation, *in personam.* | |
| Third-Party Defendants. | |
| ALLAN H. PIOQUINTO, an individual, | |

1 - ORDER

|                                                      Plaintiff,
v.

SANTOKU SHIPPING CO., LTD., a foreign corporation, *in personam*; SANTOKU SENPAKU CO., LTD., a foreign corporation, *in personam*; LUCRETIA SHIPPING, SA, a foreign corporation, *in personam*; KINDER MORGAN BULK TERMINALS, LLC, a foreign corporation, *in personam*; and PACIFIC BASIN HANDYSIZE, LTD., a foreign corporation, *in personam*,

                       Defendants.

HERNÁNDEZ, District Judge,

Currently before the Court is Plaintiff Allan Pioquinto's Objections to Magistrate Judge Russo's Orders denying Plaintiff's Second Motion to Reopen Discovery [ECF 120 in 3:18-cv-00411-JR, ECF 137 in 3:18-cv-00412-JR]. The matter is now before the Court pursuant to Federal Rule of Civil Procedure 72(a).

In accordance with Rule 72(a), "[w]hen a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision." Fed. R. Civ. P. 72(a). The standard of review for an order with objections is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A) (applying the "clearly erroneous or contrary to law" standard of review for non-dispositive motions). If a ruling on a motion is not determinative of "a party's claim or defense," it is not dispositive and, therefore, is not subject to *de novo* review as are proposed findings and recommendations for dispositive motions under 28 U.S.C. § 636(b)(1)(B).

2 - ORDER

The Court has carefully considered Plaintiff's objections and concludes they do not provide a basis to modify the Magistrate Judge's Opinion and Order. Plaintiff's objections are therefore overruled.

## CONCLUSION

The Court AFFIRMS Magistrate Judge Russo's Orders [ECF 113 in 3:18-cv-00412-JR, ECF 131 in 3:18-cv-00412-JR].

IT IS SO ORDERED.

DATED: _____June 17, 2020_____.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

3 - ORDER